**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **TIMOTHY JACKSON,**<br>    *Plaintiff,*<br><br>v.<br><br>**LAURA WRIGHT, ET AL.,**<br>    *Defendants.* | C.A. No. 4:21-mc-00132<br><br>Underlying Case<br>C.A. No. 4:21-cv-00033 |

**MOTION FOR SUBSTITUTION**

Non-party movants Benjamin Brand, Jennifer Cowley, Jincheng Du, Francisco Guzman, John Ishiyama, Matthew Lemberger-Truelove, and Jennifer Wallach (collectively "Movants") file this Motion for Substitution of Counsel, requesting that the following Assistant Attorney General be substituted in for current lead counsel, AAG Matthew Bohuslav as counsel of record. AAG Corbello is licensed to practice law in the State of Texas and a member in good standing of the State Bar of Texas:

> COURTNEY CORBELLO
> Assistant Attorney General
> General Litigation Division
> P.O. Box 12548, Capitol Station
> Austin, Texas 78711-2548
> Telephone: (512) 463-2120
> Facsimile: (512) 320-0667
> courtney.corbello@oag.texas.gov

Currently, AAG Bohuslav is the attorney in charge for Movants. The case, however, was administratively reassigned to AAG Courtney Corbello, and AAG Corbello is now the attorney in charge. AAG Corbello requests that all future correspondence be sent to her at the address listed

above. AAG Corbello further advises that Matthew Bohuslav is no longer an attorney to be noticed in this case and should be removed from the docket. Granting this motion will not prejudice the Plaintiff or unduly delay any proceeding in this action.

Respectfully Submitted.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN COWLES**
Deputy Attorney General for Civil Litigation

**THOMAS A. ALBRIGHT**
Division Chief
General Litigation Division

*/s/ Courtney Corbello*
**COURTNEY CORBELLO**
Attorney-in-Charge
Assistant Attorney General
Texas State Bar No. 24097533
*courtney.corbello@oag.texas.gov*

General Litigation Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080 / Fax (512) 936-2109
**ATTORNEYS FOR MOVANTS**

**CERTIFICATE OF SERVICE**

I certify that on February 25, 2022 the foregoing was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record

*/s/ Courtney Corbello*
**COURTNEY CORBELLO**
Assistant Attorney General

### NOTICE OF ELECTRONIC FILING

I, **COURTNEY CORBELLO,** Assistant Attorney General of Texas, certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing in accordance with the Electronic Case Files system of the United States District Court for the Eastern District of Texas, on February 25, 2022.

>   */s/ Courtney Corbello*
>   **COURTNEY CORBELLO**
>   Assistant Attorney General

### CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel of record regaring the relief requested in this motion. Counsel has informed me that Plaintiff is unopposed to the substitution of counsel.

>   */s/ Courtney Corbello*
>   **COURTNEY CORBELLO**
>   Assistant Attorney General