IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TIMOTHY JACKSON, *Plaintiff*, <br><br> v. <br><br> LAURA WRIGHT, ET AL., *Defendants*. | C.A. No. 4:21-mc-00132 <br><br> Underlying Case <br> C.A. No. 4:21-cv-00033 |

### ORDER

Before the Court is Movants' Opposed Motion to Stay and, Alternatively, Unopposed Motion for Extension (Dkt. #10). Having considered the motion and the relevant pleadings, the Court finds the Motion to Stay should be **GRANTED**.

This Court granted Defendants' Opposed Motion to Stay Proceedings Pending Appeal in underlying case 4:21-cv-33 on March 8, 2022. It is therefore **ORDERED** that Movants' Opposed Motion to Stay (Dkt. #10) is hereby **GRANTED**. It is further **ORDERED** that Movants' obligation to comply with this Court's Feb. 1, 2022 Order is hereby **STAYED** pending the resolution of Defendants' appeal in underlying case 4:21-cv-33.

**SIGNED this 21st day of March, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE